**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

Lawrence Morrison,

Plaintiff,

vs.

Midland Funding L.L.C.; and DOES 1-10, inclusive,

Defendants.

Case No.: 3:09-cv-02000-VLB

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Defendant, Midland Funding, L.L.C., and Plaintiff, Lawrence Morrison ("Plaintiff") have reached a settlement in the above-captioned case. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: March 26, 2010

Respectfully submitted,

PLAINTIFF,
Lawrence Morrison

/s/ Sergei Lemberg

Sergei Lemberg, Esq. (425027)
LEMBERG & ASSOCIATES, L.L.C.
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666
slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2010, a true and correct copy of the foregoing Notice of Settlement was filed electronically with the U.S. District Court ECF system and that the document is available on the ECF system.

By: /s/ Sergei Lemberg
Sergei Lemberg, Esq.