UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Lawrence Morrison,<br><br>    Plaintiff,<br><br>v.<br><br>Midland Funding L.L.C.; and DOES 1-10, inclusive,<br><br>    Defendants. | Civil Action No.: 3:09-cv-02000-VLB |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation; IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Defendant, Midland Funding, L.L.C., with prejudice and without costs to any party.

| Lawrence Morrison | Midland Funding, L.L.C. |
|---|---|
| /s/ Sergei Lemberg | /s/ Thomas Leghorn |
| Sergei Lemberg, Esq. (Juris No. 425027)<br>LEMBERG & ASSOCIATES<br>1100 Summer Street, 3rd Floor<br>Stamford, CT 06905<br>(203) 653-2250<br>Attorney for Plaintiff | Thomas A. Leghorn, Esq.<br>Wilson, Elser, Moskowitz, Edelman & Dicker-NY<br>3 Gannett Drive<br>White Plains, NY 10604<br>(914) 323-7001<br>Attorney for Defendant |

SO ORDERED